HERBERT SCOTT, an Infant, by CHARLES H. SCOTT, His Guardian ad Litem, Respondent, v. CHARLES D. DE VINNE, Appellant.— Judgment and

order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.